# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA EX REL. THEODORE W. SCHELL SR. | : No. 283 MAL 2016 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Superior Court |
| | : |
| | : |
| MICHAEL WENEROWICZ, SUPERINTENDENT, SCI GRATERFORD, ET AL., JOHN J. WHELAN, ESQUIRE, DELAWARE COUNTY DISTRICT ATTORNEY | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: THEODORE W. SCHELL SR. | : |
| | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.